UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.    CR-07-2088-WFN-1 |
| -vs- ) | ORDER |
| JOSE LUIS MANZO, ) | |
| Defendant. ) | |

The Court issued an Order denying Mr. Manzo's 28 U.S.C. § 2255 Motion on September 7, 2010 (Ct. Rec. 44). However, the Court omitted the above captioned cause number when dismissing the case with prejudice. For the reasons stated in the Court's previous Order,

**IT IS ORDERED** that Mr. Manzo's Motion to Vacate Judgment and Sentence Pursuant to 28 U.S.C. § 2255, filed March 8, 2010, **Ct. Rec. 41**, is **DENIED WITH PREJUDICE**.

The District Court Executive is directed to:

- File this Order and provide copies to counsel and Mr. Manzo;
- Inform the Ninth Circuit Court of Appeals that if the Movant files a Notice of Appeal that a certificate of appealability is **GRANTED**; and
- **CLOSE** the corresponding civil file, **CV-10-3012-WFN**.

**DATED** this 8th of September, 2010.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

09-08

ORDER